UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X     21 MC 100 (AKH)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Alvin K. Hellerstein,
IN RE: WORLD TRADE CENTER DISASTER SITE　　　　　　U.S.D.J.
LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RULE 7.1 STATEMENT OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TULLY CONSTRUCTION**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CO., INC.**
---------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tully Construction Co., Inc. certifies that Tully Construction Co., Inc. is a privately held company and that no parent corporation or publicly held corporation owns any interest therein.

Dated: Newark, New Jersey　　　　PATTON BOGGS LLP
　　　　November 28, 2006

　　　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　　　James E. Tyrrell, Jr. (JT-6837)
　　　　　　　　　　　　　　　　　　One Riverfront Plaza, 6th floor
　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　(973) 868-5600
　　　　　　　　　　　　　　　　　　JTyrrell@PattonBoggs.com

　　　　　　　　　　　　　　　　　　*Attorneys for defendant* Tully Construction Co., Inc.